UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:19-CV-67-REW |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| PAT'S SNACK BAR, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Order entered contemporaneously, the Court **ADJUDGES** as follows:

1. The Court enters **DEFAULT JUDGMENT** in favor of Plaintiff and jointly and severally against all Defendants, on the Complaint's sole claim,[1] in the total amount of $10,649 (comprising statutory damages, enhanced damages, and costs and fees, per the breakdown outlined in DE #20);

2. The judgment shall bear interest at the statutory rate;

3. This is a final and appealable Order, resolving all claims; and

4. The Court **DIRECTS** the Clerk to strike this matter from its active docket.

This the 21st day of April, 2020.



Signed By:
*Robert E. Wier*  REW
**United States District Judge**

---

[1] As noted in the accompanying Order, Plaintiff requested relief for the substantive violation alleged via alternative statutory means; the Court awards the sought relief under only 47 U.S.C. § 605.